**FORM 3**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD. AND TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | SUMMONS<br><br>Court No. 26-1222 |

TO: The Attorney General and the Department of Commerce

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

          /s/ Gina Justice
          Clerk of the Court

---

1. <u>(Name and standing of plaintiff)</u>:  Plaintiffs, Trina Solar Science & Technology (Thailand) Ltd. ("TTL") and Trina Solar Energy Development Company Limited ("TEDC"), are foreign producers and exporters of the merchandise subject to the administrative review, crystalline silicon photovoltaic cells, whether or not assembled into modules, from China.

   Plaintiffs were active participants in the countervailing duty administrative review that led to the determination being challenged.  Both Plaintiffs TTL and TEDC were interested parties as producers of subject merchandise.  Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiffs participated in the administrative review through the submission of factual information and, thus, also are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(29)(i).  Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. <u>(Brief description of contested determination)</u>: Plaintiffs contest certain aspects of the U.S. Department of Commerce's final results of countervailing duty administrative review in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China* for the period January 1, 2022, through December 31, 2022. The contested determination was published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022*, 91 Fed. Reg. 3419 (January 27, 2026).

3. <u>(Date of determination)</u>: Commerce issued its final determination on January 22, 2026.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results in the *Federal Register* on January 27, 2026 (91 Fed. Reg. 3419).

/s/ Jonathan M. Freed
Jonathan M. Freed
Kenneth N. Hammer
MacKensie R. Sugama
Didie Muller
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiffs*

<u>February 26, 2026</u>

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson, Esq.
Civil Division, Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230