**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEORE: THE HONORABLE JOSEPH A. LAROSKI, JR.**

|  |  |  |
|---|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | |
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., *et al.*, | ) ) ) ) | |
| Proposed Plaintiff-Intervenors, | ) ) ) ) | |
| v. | ) ) | Court No. 26-01216 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) ) | |
| Defendant-Intervenor. | ) ) | |
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD. and TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 26-01222 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) | |

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) |
| | ) |
| Defendant-Intervenor. | ) ) |
| | ) |

## __Scheduling Order__

Upon consideration of the parties' joint proposed briefing schedule and pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule set forth below:

| FILING | DEADLINE |
|---|---|
| 1. Defendant's and Defendant-Intervenor's Motion(s) to Dismiss and Response(s) to Motion(s) for Preliminary Injunction | May 15, 2026 |
| 2. Defendant's and Defendant-Intervenor's Responses to Jinko's Motions to Intervene and Motions for Preliminary Injunction | May 29, 2026 |
| 3. Plaintiffs' Responses to Motion(s) to Dismiss and Replies to Defendant's and Defendant-Intervenor's Opposition to Plaintiffs' Motion(s) for Preliminary Injunction<br><br>Proposed Plaintiff-Intervenors' Reply to Defendant's and Defendant-Intervenor's Opposition to Proposed Plaintiff-Intervenors' Motions to Intervene and Motions for Preliminary Injunction | June 22, 2026 |
| 4. Defendant's and Defendant-Intervenor's Replies to Responses to Motion(s) to Dismiss | July 13, 2026 |
| 5. Joint Status Report To Set Remaining Briefing Schedule After This Court Rules on Motions for Preliminary Injunctions and Motions to Dismiss | Due 14 days after this Court rules on Motions to Dismiss |

2

Joseph A. Laroski, Jr.
Judge

Dated:
      New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEORE: THE HONORABLE JOSEPH A. LAROSKI, JR.**

|  |  |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., *et al.*, | ) ) ) |
| Proposed Plaintiff-Intervenors, | ) ) ) |
| v. | ) Court No. 26-01216 |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) |
| Defendant-Intervenor. | ) ) |
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD. and TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Court No. 26-01222 |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) |
| and | ) |

AMERICAN ALLIANCE FOR SOLAR     )
MANUFACTURING,     )
     )
     )
     )
     Defendant-Intervenor.     )
     )

**Joint Proposed Scheduling Order**

Pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2 and this Court's April 30, 2026, orders, counsel for the parties to the above-captioned action have consulted and respectfully submit the following Joint Proposed Briefing Schedule. This report is being timely filed in accordance with this Court's April 30, 2026, orders.

Consistent with this Court's instructions in the conference call held on April 29, 2026, the parties submit one joint briefing schedule covering all of the actions that challenge the final results of the eleventh countervailing duty ("CVD") review of crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells and modules") from the People's Republic of China conducted by the Department of Commerce ("Commerce"). See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022, 91 Fed. Reg. 3,419 (Dep't Commerce Jan. 27, 2026). It is the parties' understanding that after ruling on motions to dismiss this Court may decide to consolidate the remaining of the above-captioned actions. If the Court does not dismiss the actions, the parties do not object to the consolidation of the remaining of the above-captioned actions.

After consultation, the parties respectfully propose the following schedule:

| FILING | DEADLINE |
|---|---|
| 1. Defendant's and Defendant-Intervenor's Motion(s) to Dismiss and Response(s) to Motion(s) for Preliminary Injunction | May 15, 2026 |
| 2. Defendant's and Defendant-Intervenor's Responses to Jinko's Motions to Intervene and Motions for Preliminary Injunction | May 29, 2026 |
| 3. Plaintiffs' Responses to Motion(s) to Dismiss and Replies to Defendant's and Defendant-Intervenor's Opposition to Plaintiffs' Motion(s) for Preliminary Injunction<br><br>Proposed Plaintiff-Intervenors' Reply to Defendant's and Defendant-Intervenor's Opposition to Proposed Plaintiff-Intervenors' Motions to Intervene and Motions for Preliminary Injunction | June 22, 2026 |
| 4. Defendant's and Defendant-Intervenor's Replies to Responses to Motion(s) to Dismiss[1] | July 13, 2026 |
| 5. Joint Status Report To Set Remaining Briefing Schedule After This Court Rules on Motions for Preliminary Injunctions and Motions to Dismiss | Due 14 days after this Court rules on Motions to Dismiss |

Additionally, counsel for the parties to the above-captioned action wish to bring to this Court's attention the fact that counsel are currently conferring concerning a potential request to amend the specific working of this Court's temporary preliminary injunctions. Specifically, counsel are conferring on proposed language to ensure that the temporary preliminary injunctions cover all of

---

[1] Plaintiffs and Proposed Plaintiff-Intervenors reserve their rights to request leave to file a sur-reply.

3

Plaintiffs' and Proposed Plaintiff-Intervenors' entries that are included in the automatic liquidation

instructions that were issued when Commerce initiated the eleventh AD review.

Respectfully submitted,

Dated: May 8, 2026

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Savannah R. Maxwell
Mowry & Grimson, PLLC
5335 Wisconsin Ave, NW, Suite 810
Washington, DC 20015
202-688-3610
jsg@mowrygrimson.com
*Counsel to JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar International Limited and JA Solar USA Inc.*

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

Counsel for Plaintiff Trina Solar Energy Development Co. Ltd. and Trina Solar Science & Technology (Thailand) Ltd.

4

Respectfully submitted,

/s/ Ned H. Marshak
Ned H. Marshak*
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

*599 Lexington Ave., 36th Floor
New York, New York 10022
(212) 557-4000
**
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel to Proposed Plaintiff-Intervenor
JinkoSolar (U.S.) Inc., et al.*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/ Tate N. Walker

OF COUNSEL:                          TATE N. WALKER
Karl Mueller                         Trial Attorney
Attorney                             Commercial Litigation Branch
U.S. Department of Commerce          Civil Division
Office of the Chief Counsel for Trade   U.S. Department of Justice
Enforcement and Compliance           PO Box 480
                                     Ben Franklin Station
                                     Washington, DC 20044
                                     Tel: (202) 307-0163
                                     Email: Tate.Walker@usdoj.gov

*Attorneys for Defendant*

5

Respectfully submitted,
/s/ *Timothy C. Brightbill*
Timothy C. Brightbill
Laura El-Sabaawi
Stephanie M. Bell
Paul A. Devamithran
**WILEY REIN LLP**
2050 M Street, NW
Washington, D.C. 20036
(202) 719-3138
tbrightbill@wiley.law
*Counsel to Defendant-Intervenor the*
*American Alliance for Solar Manufacturing*

6